**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 20, 2015.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-15-00659-CR**
**NO. 14-15-00660-CR**
**NO. 14-15-00661-CR**
**NO. 14-15-00662-CR**

---

**IN RE RONALD DWAYNE WHITFIELD, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**174th, 337th, and 351st District Courts**
**Harris County, Texas**
**Trial Court Cause Nos. 492674, 525468, 528856, and 557164**

---

## MEMORANDUM OPINION

On August 5, 2015, relator Ronald Dwayne Whitfield filed a pro se petition for writ of mandamus seeking to compel the trial judges of the 174th, 337th, and 351st District Courts to render judgment. *See* Tex. Gov't Code § 22.221*; see also* Tex. R. App. P. 52. As the party seeking relief, relator has the burden of providing

this Court with a sufficient record to establish his right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). Because relator has not provided an adequate record, we deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).